UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
PATEL, RAMESH                       §    Case No. 12-11582 DRC
                                    §
         Debtor                     §

AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          JEFFREY P. ALLSTEADT
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/30/2015 in Courtroom 240,
          Kane County Courthouse
          100 S. Third Street
          Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/07/2015          By: JEFFREY P. ALLSTEADT
                                              Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PATEL, RAMESH § Case No. 12-11582 DRC
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 350.02 |
| leaving a balance on hand of[1] | $ | 6,649.98 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,339.50 | $ 0.00 | $ 2,339.50 |
| Other: International Sureties Ltd. | $ 15.92 | $ 15.92 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,789.50 |
| Remaining Balance | | $ | 2,860.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,729.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | $ 2,431.73 | $ 0.00 | $ 96.97 |
| 000003 | BMO Harris Bank National Association<br>c/o Kamm & Shapiro, P.C.<br>17 North State Street, Suite 990<br>Chicago, IL 60602 | $ 25,335.70 | $ 0.00 | $ 1,010.35 |
| 000004 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 14,531.67 | $ 0.00 | $ 579.50 |
| 000005 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 7,822.48 | $ 0.00 | $ 311.95 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000006 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 9,309.68 | $ 0.00 | $ 371.26 |
| 000007 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 4,074.72 | $ 0.00 | $ 162.49 |
| 000008 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 8,223.84 | $ 0.00 | $ 327.96 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,860.48 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 500.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Illinois Department of Employment Security 33 South State St 10th Flr Bankruptcy Un Chicago, Illinois 60603 Attn. Amelia Yabes | $ 500.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-11582-DRC
Ramesh Patel                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dwilliams           Page 1 of 3           Date Rcvd: Oct 07, 2015
                             Form ID: pdf006           Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2015.
```
db          +Ramesh Patel,    10 Clubside Court,    Burr Ridge, IL 60527-8129
aty         +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18667979    +Abrams & Abrams, P.C.,    180 W. Washington St.,    Suite 910,    Chicago, IL 60602-2316
18667981    +American Express,    Box 0001,    Los Angeles, CA 90096-8000
19281169     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18667983    +Audi,    PO Box 4115,    Concord, CA 94524-4115
19165200    +BMO Harris Bank National Association,    c/o Kamm & Shapiro, P.C.,
              17 North State Street, Suite 990,    Chicago, IL 60602-3569
18667984    +Bank Of Amercia Home Loan Servicing LP,    450 American St., SV416X,
              Simi Valley, CA 93065-6285
18667977    +Bharati Patel,    10 Clubside Court,    Burr Ridge, IL 60527-8129
18667986    +C2C Resources LLC,    56 Perimeter Center East,    Atlanta, GA 30346-2296
18667991     CNA Insurance,    P.O. Box 790094,    St. Louis, MO 63179-0094
18667988    +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
18667989    +Chase Bank USA,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
18667990    +Citi Financial Retail Services,    PO Box 22060,    Tampa, AZ 85285-2060
18667993    +Connoisseur Wines,    6610 W. Howard Street,    Niles, IL 60714-3306
18667994    +Cream Wine Co.,    118 N. Peoria Street,    3rd Floor,    Chicago, IL 60607-2334
18667995    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:   DIRECTV,    P.O. Box 60036,    Los Angeles, CA 90060-0036)
18667996    +Discover Sam Club,    P.O. Box 960616,    Orlando, FL 32896-0001
18667998    +Expo/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
18667999    +First National,    P.O. Box 2196,    Omaha, NE 68103-2196
18668000    +Flagg Creek Water Reclamation District,    7001 Frontage Road,    Burr Ridge, IL 60527-5788
18668002    +GC Services Limited Partnership,    Collection Agency Div.,    6330 Gulfton,
              Houston, TX 77081-1108
18668001    +Garnacha, Ltd.,    1811 W. Bryn Mawr Ave.,    Chicago, IL 60660-3903
18668003     Groot Industries, Inc.,    P.O. Box 92257,    Elk Grove Village, IL 60009-2257
18668004    +H2 Vino,    560 W. Roscoe,    Suite B,    Chicago, IL 60657-3529
18668011     HP Express North Propane,    P.O. Box 4068,    Boise, ID 83711-4068
18668005    +Harris Bank NA,    P.O. Box 94034,    Palatine, IL 60094-4034
18668006    +Harris N.A.,    111 West Monroe Street,    Chicago, IL 60603-4095
18668009    +Heritage Wines,    6600 W. Howard Street,    Niles, IL 60714-3306
18668010     Home Depot HFM,    Credit Services,    P.O Box 6029,    Twin Lakes, NV 88901
18668012     I.D.E.S.,    Northern Region,    260 E. Indian Trail Rd.,    Aurora, IL 60505-1733
18668013    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
              CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    P.O. Box 19035,
              Springfield, IL 62794-9035)
18668015     IMG Distribution,    Louis Park, IL 60131
18668014     Illinois State Lottery,    P.O. Box 19080,    Springfield, IL 62794-9080
18668016    +Jay K. Levy & Associates,    155 Revere Drive,    Suite 2,    Northbrook, IL 60062-1558
18668018    +Kamm, Shapiro & Demuth, Ltd.,    17 N. State Street,    Suite 990,    Chicago, IL 60602-3569
18668019     Kemp & Grzelakowski,    1900 Spring Road,    Suite 500,    Oak Brook, IL  60523-1495
18668020     Lease Finance Group, LLC,    P.O. Box 1027,    Sioux Falls, SD 57101-1027
18668021     Lease Finance Group, LLC,    P.O. Box 2410,    Sioux Falls, SD 57101-2410
18668022    +M & M News Agency, Inc.,    P.O. Box 1129,    Civic Industrial Park,    LaSalle, IL 61301-3129
18668024     MBF Leasing LLC,    P.O. Box 1027,    Sioux Falls, SD 57101-1027
18668023    +Maverick Wine Company,    1101 North Ellis Ave.,    Bensenville, IL 60106-1115
18668025    +Midwest Bank and Trust Company,    Midwest Centre,    501 West North Avenue,
              Melrose Park, IL 60160-1610
18668029    +Price Associates Incorporated,    c/o Noonan & Lieberman, Ltd.,    105 W. Adams Street,
              Suite 3000,    Chicago, IL 60603-6228
18668031    +Robert & Caruso,    411 W. Wesley,    Wheaton, IL 60187-4925
18668032    +Robert Bair Services,    447 Rogers Street,    Downers Grove, IL 60515-3851
18668033    +Serota, Avis & Associates,    P.O. Box 1008,    Arlington Heights, IL 60006-1008
18668034    +Southern Wine & Spirits of Illinois,    300 E. Crossroads Parkway,    Bolingbrook, IL 60440-3516
18668038     TRM Copy Centers LLC,    2077 Momentum Place,    Chicago, IL 60689-5320
18668035    +Temp-Master, Inc.,    2396 Augusta Way,    Highland Park, IL 60035-1809
18668036     The Hinsdalean,    7 West 1st Street,    Hinsdale, IL 60521-4103
18668039    #+Vintage Wines, Ltd.,    2700 S. River Road,    Suite 200,    Des Plaines, IL 60018-4105
18668042    +WFS/Wachovia Dealer Services,    P.O. Box 1697,    Winterville, NC 28590-1697
18668041    +Wells Fargo Dealer Services, Inc.,    PO Box 3659,    Rnacho Culomongo, CA 91729-3659
18668043    +Wine O Rama,    1601 S. Canal Street,    Chicago, IL 60616-1105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18667982      E-mail/Text: g17768@att.com Oct 08 2015 01:25:27      AT&T,    P.O. Box 8100,
              Aurora, IL 60507-8100
19267483      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 08 2015 01:30:52
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK  73126-8941
18667987      E-mail/PDF: tgabriel@cdresource.com Oct 08 2015 01:30:03       CDI Affiliated Services,
              Collection Department,    1451 Hartman,    Boise, ID 83704
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 3                  Date Rcvd: Oct 07, 2015
                               Form ID: pdf006              Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18667992       E-mail/Text: legalcollections@comed.com Oct 08 2015 01:27:37      ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
18776112      +E-mail/Text: legalcollections@comed.com Oct 08 2015 01:27:37      Commonwealth Edison Company,
               3 Lincoln Centre,   Oakbrook Terrace, Il 60181-4204,   Attn: Bankruptcy Dep.
18667997      +E-mail/Text: artur.wisniewski@eulerhermes.com Oct 08 2015 01:26:44      Euler Hermes UMA,
               600 South 7th Street,   Louisville, KY 40203-1968
20723462       E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2015 01:30:29
               GE Capital Retail Bank (Sams Club),   c/o Recovery Management Systems Corp,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
18668008      +E-mail/Text: bkynotice@harvardcollect.com Oct 08 2015 01:28:12
               Harvard Collection Services, Inc.,   4839 N. Elston Avenue,   Chicago, IL 60630-2589
18887856       E-mail/Text: des.claimantbankruptcy@illinois.gov Oct 08 2015 01:27:47
               Illinois Department of Employment Security,   33 South State St 10th Flr Bankruptcy Un,
               Chicago, Illinois 60603,   Attn. Amelia Yabes
18668017       E-mail/Text: bkcy@creditmgt.com Oct 08 2015 01:26:14     Just Energy,
               c/o Credit Management Control, Inc.,   P.O. Box 1654,   Green Bay, WI 54305-1654
18668026      +E-mail/Text: bankruptcydepartment@tsico.com Oct 08 2015 01:27:58
               NCO Financial Systems, Inc.,   P.O. Box 17196,   Baltimore, MD 21297-1196
18668027      +E-mail/Text: bankrup@aglresources.com Oct 08 2015 01:25:17      Nicor Gas,   P.O. Box 870,
               Aurora, IL 60507-0870
18668028       E-mail/Text: bankrup@aglresources.com Oct 08 2015 01:25:17      Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
18668030      +E-mail/Text: gkern@randallandrichards.com Oct 08 2015 01:27:11      Randall & Richards,
               5151 E. Broadway Blvd.,   Suite 800,   Tucson, AZ 85711-3775
18668037       E-mail/Text: bankruptcydepartment@tsico.com Oct 08 2015 01:27:58      Transworld Systems Inc.,
               P.O. Box 4903,   Trenton, NJ 08650-4903
18668040       E-mail/Text: vci.bkcy@vwcredit.com Oct 08 2015 01:26:43     Volkswagon Credit,   P.O. Box 60144,
               City of Industry, CA 91716-0144
18668044      +E-mail/Text: nancy.brown@wirtzbev.com Oct 08 2015 01:26:13      Wirtz Beverage Illinois,
               1925 Busse Rd.,   Elk Grove Village, IL 60007-5721
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18667978*     +Bharati Patel,   10 Clubside Court,   Burr Ridge, IL 60527-8129
18667980     ##+Alliant Law Group, P.C.,   2841 Junction Ave.,   Suite 128,   San Jose, CA 95134-1938
18667985     ##+Bank of America,   P.O. Box 17054,   Wilmington, DE 19850-7054
18668007     ##+Hartford Meiers, Inc.,   1301 W. 22nd Street,   Suite 503,   Oakbrook, IL 60523-2079
                                                                                TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2015                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2015 at the address(es) listed below:
          E. Philip  Groben   on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
```

```
District/off: 0752-1          User: dwilliams            Page 3 of 3                  Date Rcvd: Oct 07, 2015
                              Form ID: pdf006            Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Gina B Krol     on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert N Weiner    on behalf of Debtor Ramesh  Patel rnwlex@yahoo.com
                                                                                             TOTAL: 7
```