# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PATEL, RAMESH | § | Case No. 12-11582 DRC |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 985,000.00
*(Without deducting any secured claims)*

Assets Exempt: 1,460.00

Total Distributions to Claimants: 2,860.48

Claims Discharged
Without Payment: 359,296.31

Total Expenses of Administration: 4,139.52

3) Total gross receipts of $ 7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,479,407.00 | $ 1,831.98 | $ 1,831.98 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,139.52 | 4,139.52 | 4,139.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 37,639.69 | 608.98 | 608.98 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 302,715.28 | 72,229.82 | 72,229.82 | 2,860.48 |
| **TOTAL DISBURSEMENTS** | $ 1,819,761.97 | $ 78,810.30 | $ 78,810.30 | $ 7,000.00 |

4) This case was originally filed under chapter 7 on 03/23/2012 . The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/29/2016                     By:/s/GINA B. KROL
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 7,000.00 |
| TOTAL GROSS RECEIPTS | | $ 7,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of Amercia Home Loan Servicing LP 450 American St., SV416X Simi Valley, CA 93065 | | 558,926.00 | NA | NA | 0.00 |
| | Harris Bank NA P.O. Box 94034 Palatine, IL 60094 | | 901,908.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFS/Wachovia Dealer Services P.O. Box 1697 Winterville, NC 28590 | | 18,573.00 | NA | NA | 0.00 |
| 000002A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 4110-000 | NA | 1,831.98 | 1,831.98 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,479,407.00** | **$ 1,831.98** | **$ 1,831.98** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,450.00 | 1,450.00 | 1,450.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 15.92 | 15.92 | 15.92 |
| ASSOCIATED BANK | 2600-000 | NA | 334.10 | 334.10 | 334.10 |
| COHEN & KROL | 3110-000 | NA | 1,559.67 | 1,559.67 | 1,559.67 |
| GINA B. KROL | 3110-000 | NA | 779.83 | 779.83 | 779.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,139.52** | **$ 4,139.52** | **$ 4,139.52** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I.D.E.S. Northern Region 260 E. Indian Trail Rd. Aurora, IL 60505-1733 | | 160.60 | NA | NA | 0.00 |
| | I.D.E.S. Northern Region 260 E. Indian Trail Rd. Aurora, IL 60505-1733 GC Services Limited Partnership Collection Agency Div. 6330 Gulfton Houston, TX 77081 | | 808.35 | NA | NA | 0.00 |
| | Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794-9035 | | 1,238.10 | NA | NA | 0.00 |
| | Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794-9035 Harvard Collection Services, Inc. 4839 N. Elston Avenue Chicago, IL 60630-2534 | | 18,805.69 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois State Lottery P.O. Box 19080 Springfield, IL 62794-9080 | | 16,626.95 | NA | NA | 0.00 |
| 000002B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 608.98 | 608.98 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 37,639.69 | $ 608.98 | $ 608.98 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | 1,663.42 | NA | NA | 0.00 |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 Alliant Law Group, P.C. 2841 Junction Ave. Suite 128 San Jose, CA 95134 | | 196.07 | NA | NA | 0.00 |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 Alliant Law Group, P.C. 2841 Junction Ave. Suite 128 San Jose, CA 95134 | | 992.15 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Audi PO Box 4115 Concord, CA  94524 | | 350.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 17054 Wilmington, DE 19850 | | 5,966.98 | NA | NA | 0.00 |
| | CNA Insurance P.O. Box 790094 St. Louis, MO 63179-0094 | | 1,724.98 | NA | NA | 0.00 |
| | Chase Bank USA 800 Brooksedge Blvd. Westerville, OH 43081 | | 15,107.07 | NA | NA | 0.00 |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | 543.66 | NA | NA | 0.00 |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | 4,302.78 | NA | NA | 0.00 |
| | Connoisseur Wines 6610 W. Howard Street Niles, IL 60714 | | 581.00 | NA | NA | 0.00 |
| | Cream Wine Co. 118 N. Peoria Street 3rd Floor Chicago, IL 60607 | | 720.00 | NA | NA | 0.00 |
| | DIRECTV P.O. Box 60036 Los Angeles, CA 90060-0036 | | 148.75 | NA | NA | 0.00 |
| | Discover Sam Club P.O. Box 960616 Orlando, FL 32896 | | 10,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National P.O. Box 2196 Omaha, NE 68103-0196 | | 92.00 | NA | NA | 0.00 |
| | Flagg Creek Water Reclamation District 7001 Frontage Road Burr Ridge, IL 60527 | | 450.00 | NA | NA | 0.00 |
| | Garnacha, Ltd. 1811 W. Bryn Mawr Ave. Chicago, IL 60660 | | 214.00 | NA | NA | 0.00 |
| | Groot Industries, Inc. P.O. Box 92257 Elk Grove Village, IL 60009-2257 Hartford Meiers, Inc. 1301 W. 22nd Street Suite 503 Oakbrook, IL 60523 | | 2,121.05 | NA | NA | 0.00 |
| | H2 Vino 560 W. Roscoe Suite B Chicago, IL 60657 | | 1,742.00 | NA | NA | 0.00 |
| | HP Express North Propane P.O. Box 4068 Boise, ID 83711-4068 CDI Affiliated Services Collection Department 1451 Hartman Boise, ID 83704 | | 294.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.A. 111 West Monroe Street Chicago, IL 60603 Jay K. Levy & Associates 155 Revere Drive Suite 2 Northbrook, IL 60062 | | 1,499.22 | NA | NA | 0.00 |
| | Harris N.A. 111 West Monroe Street Chicago, IL 60603 Jay K. Levy & Associates 155 Revere Drive Suite 2 Northbrook, IL 60062 | | 2,022.88 | NA | NA | 0.00 |
| | Harris N.A. 111 West Monroe Street Chicago, IL 60603 Kamm, Shapiro & Demuth, Ltd. 17 N. State Street Suite 990 Chicago, IL 60602 | | 5,311.52 | NA | NA | 0.00 |
| | Harris N.A. 111 West Monroe Street Chicago, IL 60603 Kamm, Shapiro & Demuth, Ltd. 17 N. State Street Suite 990 Chicago, IL 60602 | | 5,311.50 | NA | NA | 0.00 |
| | Heritage Wines 6600 W. Howard Street Niles, IL 60714 | | 601.00 | NA | NA | 0.00 |
| | Home Depot HFM Credit Services P.O Box 6029 Twin Lakes, NV 88901 | | 809.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IMG Distribution Louis Park, IL 60131 | | 176.60 | NA | NA | 0.00 |
| | Just Energy c/o Credit Management Control, Inc. P.O. Box 1654 Green Bay, WI 54305-1654 | | 1,519.17 | NA | NA | 0.00 |
| | Kemp & Grzelakowski 1900 Spring Road Suite 500 Oak Brook, IL  60523-1495 | | 2,438.95 | NA | NA | 0.00 |
| | Lease Finance Group, LLC P.O. Box 1027 Sioux Falls, SD 57101-1027 | | 163.46 | NA | NA | 0.00 |
| | Lease Finance Group, LLC P.O. Box 2410 Sioux Falls, SD 57101-2410 | | 247.35 | NA | NA | 0.00 |
| | M & M News Agency, Inc. P.O. Box 1129 Civic Industrial Park LaSalle, IL 61301 | | 1,173.16 | NA | NA | 0.00 |
| | MBF Leasing LLC P.O. Box 1027 Sioux Falls, SD 57101-1027 | | 416.52 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maverick Wine Company 1101 North Ellis Ave. Bensenville, IL 60106 Serota, Avis & Associates P.O. Box 1008 Arlington Heights, IL 60006 | | 1,289.00 | NA | NA | 0.00 |
| | Midwest Bank and Trust Company Midwest Centre 501 West North Avenue Melrose Park, IL 60160 | | 30.00 | NA | NA | 0.00 |
| | Midwest Bank and Trust Company Midwest Centre 501 West North Avenue Melrose Park, IL 60160 | | 3,123.42 | NA | NA | 0.00 |
| | Nicor Gas P.O. Box 2020 Aurora, IL 60507-2020 | | 1,050.38 | NA | NA | 0.00 |
| | Nicor Gas P.O. Box 870 Aurora, IL 60507 NCO Financial Systems, Inc. P.O. Box 17196 Baltimore, MD 21297 | | 772.03 | NA | NA | 0.00 |
| | Price Associates Incorporated c/o Noonan & Lieberman, Ltd. 105 W. Adams Street Suite 3000 Chicago, IL 60603 | | 93,302.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Price Associates Incorporated c/o Noonan & Lieberman, Ltd. 105 W. Adams Street Suite 3000 Chicago, IL 60603 | | 51,732.00 | NA | NA | 0.00 |
| | Robert & Caruso 411 W. Wesley Wheaton, IL  60187 | | 2,471.82 | NA | NA | 0.00 |
| | Robert Bair Services 447 Rogers Street Downers Grove, IL 60515 | | 259.50 | NA | NA | 0.00 |
| | Southern Wine & Spirits of Illinois 300 E. Crossroads Parkway Bolingbrook, IL 60440 Randall & Richards 5151 E. Broadway Blvd. Suite 800 Tucson, AZ 85711 | | 2,474.00 | NA | NA | 0.00 |
| | TRM Copy Centers LLC 2077 Momentum Place Chicago, IL 60689-5320 Euler Hermes UMA 600 South 7th Street Louisville, KY 40201-1672 | | 877.96 | NA | NA | 0.00 |
| | Temp-Master, Inc. 2396 Augusta Way Highland Park, IL 60035 | | 211.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Hinsdalean 7 West 1st Street Hinsdale, IL 60521-4103 | | 2,870.50 | NA | NA | 0.00 |
| | Transworld Systems Inc. P.O. Box 4903 Trenton, NJ 08650-4903 | | 48.16 | NA | NA | 0.00 |
| | Vintage Wines, Ltd. 2700 S. River Road Suite 200 Des Plaines, IL 60018 C2C Resources LLC 56 Perimeter Center East Atlanta, GA 30346 | | 1,975.00 | NA | NA | 0.00 |
| | Volkswagon Credit P.O. Box 60144 City of Industry, CA 91716-0144 | | 2,339.64 | NA | NA | 0.00 |
| | Wells Fargo Dealer Services, Inc. PO Box 3659 Rnacho Culomongo, CA  91729 | | 16,187.12 | NA | NA | 0.00 |
| | Wine O Rama 1601 S. Canal Street Chicago, IL 60616 | | 642.00 | NA | NA | 0.00 |
| | Wirtz Beverage Illinois 1925 Busse Rd. Elk Grove Village, IL 60007 Abrams & Abrams, P.C. 180 W. Washington St. Suite 910 Chicago, IL 60602 | | 1,121.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | BMO HARRIS BANK NATIONAL ASSOCIATIO | 7100-000 | 10,351.38 | 25,335.70 | 25,335.70 | 1,010.35 |
| 000001 | COMMONWEALTH EDISON COMPANY | 7100-000 | NA | 2,431.73 | 2,431.73 | 96.97 |
| 000008 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 6,805.74 | 8,223.84 | 8,223.84 | 327.96 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 13,923.00 | 14,531.67 | 14,531.67 | 579.50 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 6,937.24 | 7,822.48 | 7,822.48 | 311.95 |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 9,309.68 | 9,309.68 | 9,309.68 | 371.26 |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 3,709.94 | 4,074.72 | 4,074.72 | 162.49 |
|  | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7300-000 | NA | 500.00 | 500.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 302,715.28 | $ 72,229.82 | $ 72,229.82 | $ 2,860.48 |

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit 8

| Case No: | 12-11582 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | PATEL, RAMESH | | |

For Period Ending:  03/29/16

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 03/23/12 (f) |
| 341(a) Meeting Date: | 06/05/12 |
| Claims Bar Date: | 10/05/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME 10 CLUBSIDE COURT BURR RIDGE, I | | 985,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | | 10.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | | 100.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS / COLLECTIBLES | | 200.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | | 150.00 | 0.00 | | 0.00 | FA |
| 7. STOCK | | 0.00 | 0.00 | | 0.00 | FA |
| 8. STOCK | | 0.00 | 0.00 | | 0.00 | FA |
| 9. VOID (u) | | Unknown | 0.00 | | 0.00 | FA |
| 10. TAX REFUND (u) | | 10,407.00 | 7,000.00 | | 7,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $996,867.00          $7,000.00                    $7,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review

September 22, 2015, 01:46 pm

Trustee needs to object to one claim and will prepare TFR

October 21, 2014, 11:27 am

Trustee is administering tax refund

October 17, 2013, 02:36 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-11582   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | PATEL, RAMESH | Date Filed (f) or Converted (c):   03/23/12 (f) |
| | | 341(a) Meeting Date:   06/05/12 |
| | | Claims Bar Date:   10/05/12 |

Initial Projected Date of Final Report (TFR): 12/31/12          Current Projected Date of Final Report (TFR): 03/31/15


      /s/    GINA B. KROL

_____ Date: 03/29/16
      GINA B. KROL

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 12-11582 -DRC |
| Case Name: | PATEL, RAMESH |
| Taxpayer ID No: | *******1172 |
| For Period Ending: | 03/29/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0600  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/12 | 10 | Ramesh Patel | Tax Refund | 1224-000 | 7,000.00 | | 7,000.00 |
| | | 10 Clubside Court | | | | | |
| | | Burr Ridge, IL 60527 | | | | | |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.45 | 6,997.55 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.31 | 6,993.24 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.46 | 6,988.78 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.39 | 6,978.39 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 6.05 | 6,972.34 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,962.34 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.35 | 6,951.99 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,941.99 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.32 | 6,931.67 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,921.67 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.29 | 6,911.38 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.28 | 6,901.10 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,891.10 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.25 | 6,880.85 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,870.85 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.21 | 6,860.64 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.20 | 6,850.44 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,840.44 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 6.03 | 6,834.41 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.17 | 6,824.24 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,814.24 |

FORM 2                                                                                          Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-11582 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | PATEL, RAMESH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0600  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1172 | | | |
| For Period Ending: | 03/29/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.13 | 6,804.11 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,794.11 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.10 | 6,784.01 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.09 | 6,773.92 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,763.92 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.06 | 6,753.86 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,743.86 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.03 | 6,733.83 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.01 | 6,723.82 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY  10165 | | 2300-000 | | 3.84 | 6,719.98 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,709.98 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,699.98 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,689.98 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,679.98 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,669.98 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,659.98 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,649.98 |
| 10/29/15 | 030004 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Final Distribution Attorneys Fees per Court Order | 3110-000 | | 1,559.67 | 5,090.31 |
| 10/29/15 | 030005 | Gina B. Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Final Distribution Trustee Fees per Court Order | 2100-000 | | 1,450.00 | 3,640.31 |
| 10/29/15 | 030006 | Gina B. Krol | Final Distribution Attorneys Fees per Court Order | 3110-000 | | 779.83 | 2,860.48 |
| 10/29/15 | 030007 | Commonwealth Edison Company 3 Lincoln Centre Oakbrook Terrace, Il 60181 | Final Distribution | 7100-000 | | 96.97 | 2,763.51 |

FORM 2                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                    Exhibit 9

| | |
|---|---|
| Case No: | 12-11582  -DRC |
| Case Name: | PATEL, RAMESH |
| Taxpayer ID No: | *******1172 |
| For Period Ending: | 03/29/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0600  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 10/29/15 | 030008 | Attn: Bankruptcy Dep. BMO Harris Bank National Association c/o Kamm & Shapiro, P.C. 17 North State Street, Suite 990 Chicago, IL 60602 | Final Distribution (3-1) Proof of Claim | 7100-003 | | 1,010.35 | 1,753.16 |
| | 10/29/15 | 030009 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 579.50 | 1,173.66 |
| | 10/29/15 | 030010 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 311.95 | 861.71 |
| | 10/29/15 | 030011 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 371.26 | 490.45 |
| | 10/29/15 | 030012 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 162.49 | 327.96 |
| | 10/29/15 | 030013 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Final Distribution (8-1) CREDIT CARD DEBT | 7100-900 | | 327.96 | 0.00 |
| * | 02/16/16 | 030008 | BMO Harris Bank National Association c/o Kamm & Shapiro, P.C. 17 North State Street, Suite 990 Chicago, IL 60602 | Final Distribution | 7100-003 | | -1,010.35 | 1,010.35 |
| * | 02/16/16 | 030014 | CLERK OF US BANKRUPTCY COURT 219 S. Dearborn Street | Final Distribution (3-1) Proof of Claim | 7100-003 | | 1,010.35 | 0.00 |

LFORM2T4   **UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*                    Ver: 19.05f

FORM 2                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-11582  -DRC |
| Case Name: | PATEL, RAMESH |
| Taxpayer ID No: | *******1172 |
| For Period Ending: | 03/29/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0600  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/16/16 | 030014 | 7th Floor<br>Chicago, IL  60604<br>CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street | Final Distribution | 7100-003 | | -1,010.35 | 1,010.35 |
| 02/16/16 | 030015 | 7th Floor<br>Chicago, IL  60604<br>BMO Harris Bank National Association<br>c/o Kamm & Shapiro, P.C.<br>318 W Adams Street, Suite 1700<br>Chicago, IL 60602 | Reissue Check # 30008<br>Located valid address | 7100-000 | | 1,010.35 | 0.00 |

| Account  *******0600 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 7,000.00 | 17 | Checks | 6,665.90 |
| 0 | Interest Postings | 0.00 | 35 | Adjustments Out | 334.10 |
| | Subtotal | $   7,000.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $   7,000.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $   7,000.00 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

| Case No: | 12-11582  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | PATEL, RAMESH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0600  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1172 | | |
| For Period Ending: | 03/29/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____    Date: 03/29/16

/s/    GINA B. KROL

GINA B. KROL